IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
ABILENE DIVISION

| | |
|---|---|
| LINDA WHITE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| JO ANNE B. BARNHART, ) | |
| Commissioner of Social Security, ) | |
| ) | Civil Action No. 1:05-CV-157-C |
| Defendant. ) | ECF |

## ORDER

**THIS MATTER** comes before the court on the Report and Recommendation filed August 2, 2006 (Doc. 23). No written objections have been filed.

**IT IS, THEREFORE, ORDERED** that the findings and conclusions in the Report and Recommendation are **ADOPTED** as the findings and conclusions of the court and that this cause is reversed and remanded to the Commissioner for further proceedings pursuant to 405 U.S.C. § 405(g).

Upon remand of *only the unfavorable portion* of the ALJ's opinion, the ALJ should evaluate all of Plaintiff's impairments, singularly and in combination; should further consider whether Plaintiff's impairments were "severe" in the manner set forth in *Stone* and its progeny; should appropriately evaluate the medical opinions of record, including those of the state agency medical consultants; should further consider and evaluate the date of onset of disability under SSR 83-20;

should appropriately evaluate Plaintiff's subjective symptoms; and should make any necessary credibility findings.

DATED this 28th day of August, 2006.

_____
SAM R. CUMMINGS
UNITED STATES DISTRICT COURT